Submitted on appellant's brief October 11, reversed
November 5, 1971

IN THE MATTER OF PHILLIP MARTIN DYER ALLEGED TO
BE A MENTALLY ILL PERSON

## STATE OF OREGON, MARION COUNTY,
*Respondent, v.* PHILLIP MARTIN DYER,
*Appellant.*

489 P2d 1152

Victor C. Pagel, Marion-Polk Legal Aid and Lawyer Referral Association, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

This is an appeal from an order adjudicating the appellant to be mentally ill and committing him to the Oregon State Hospital. The state concedes error in that appellant was not afforded a right to counsel.

Reversed.